**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Luis Emilo GONZALES, Defendant–
Appellant.**

**No. 04–30007.**

United States Court of Appeals,
Ninth Circuit.

Dec. 21, 2006.

Elizabeth A. Olson, Esq., U.S. Department of Justice, Civil Division/Appellate Staff, Washington, DC, for Plaintiff–Appellee.

Anne Walstrom, Esq., Federal Defenders of Eastern Washington & Idaho, Yakima, WA, Tracy A. Staab, Esq., Federal Public Defender's Office (Eastern Washington & Idaho), Spokane, WA, for Defendant–Appellant.

Before MARY M. SCHROEDER, Chief Judge.

## ORDER

Upon the vote of a majority of nonre-cused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.